

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Texas Government Accountability Association,

\* Original Mandamus Proceeding

No. 11-25-00324-CV

\* November 12, 2025

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.
and Williams, J.)
(Trotter, J., not participating)

This court has considered Texas Government Accountability Association's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied. Texas Government Accountability Association's motion for emergency relief is denied.